IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera           Date: July 18, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-03028-RBJ

<u>*Parties*</u>:                                                        <u>*Counsel*</u>:

ALYCE C. SILVA,                                        Pro Se

    Plaintiff,

v.

CITY OF LAKEWOOD,                                Emma Skivington
                                                                    Thomas Lyons
    Defendant.

### COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:      8:02 a.m.**

Discussion regarding the Plaintiff proceeding Pro Se and the rules of procedure.

Discussion regarding affirmative defenses and initial disclosures.

Parties address the Court regarding Defendant City of Lakewood's Partial Motion to Dismiss Plaintiff's Claim for Slander Doc.# [19] and Plaintiff's Motion for Extension of Time Doc.# [26].

**ORDERED:**   Defendant City of Lakewood's Partial Motion to Dismiss Plaintiff's Claim for Slander Doc.# [19] is GRANTED.

**ORDERED:**   Plaintiff's Motion for Extension of Time Doc.# [26] is GRANTED.  The deadline to file Rule 26(a)(1) disclosures is **July 26, 2012.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **August 31, 2012.**

Discovery Cut-off: **November 18, 2012.**

Dispositive Motions deadline: **December 1, 2012.**

Parties shall designate affirmative experts **on or before October 18, 2012.**

Parties shall designate rebuttal experts **on or before November 1, 2012.**

**AN EARLY NEUTRAL EVALUATION is** not set at this time.

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **at January 23, 2013 at 8:30 a.m** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**JURY TRIAL** is set for **February 19, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

HEARING CONCLUDED.
**Court in recess:**     **8:45 a.m.**
Total time in court:     0:43