IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03028–RBJ –KMT

ALYCE C. SILVA,

    Plaintiff,

v.

CITY OF LAKEWOOD,

    Defendant.

---

## ORDER SETTING EARLY NEUTRAL EVALUATION

---

    An early neutral evaluation is hereby scheduled in this case for **November 15, 2012** in Courtroom C-201, Second Floor of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.  The conference will begin at **10:00 a.m.** and is set for one hour.

    The parties, through their respective counsel, are each directed to prepare a <u>Confidential</u> Position Statement, not to exceed <u>fifteen</u> pages, and submit the same by <u>email only</u> to Magistrate Judge Tafoya no later than **November 8, 2012**.  The Confidential Position Statement should contain the following information:

1. A summary of the evidence, including:

    a. a *numbered list* of the known significant disputed issues of fact; and

    b. a *numbered list* of the known significant disputed legal issues.

2. A candid assessment of the case from the presenter's point of view.

3. Remarks toward any perceived weaknesses in the case.

4. An *accurate and complete* history of settlement negotiations, including dates, if known, and amounts of demands and offers.

     5.     A computation of damages, including the theory of calculation and any legal limitations on damages, and a demand or offer each client will accept or pay in settlement *(including any essential non-economic terms)*.

     6.     Any observations or additional information which would be helpful to Magistrate Judge Tafoya in assisting the parties to negotiate a settlement.

The document is to be **emailed to Magistrate Judge Tafoya** (<u>not</u> submitted for filing to the court) at *Tafoya_Chambers@cod.uscourts.gov*, in accordance with the electronic filing procedures of this court.

Dated this 19th day of October, 2012.

                               **BY THE COURT:**

                               Kathleen M. Tafoya
                               United States Magistrate Judge