IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03028-RBJ-KMT

ALYCE C. SILVA,

    Plaintiff,

v.

CITY OF LAKEWOOD,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Unopposed Motion to Dismiss, with prejudice, of the Defendant City of Lakewood, each party to bear her or its own costs and fees, including attorney fees, and the Court being fully advised in this matter,

HEREBY ORDERS this matter dismissed, with prejudice.  Plaintiff and Defendant shall bear her or its own costs and fees, including attorney fees.

   DATED: January 8, 2013

                              BY THE COURT:

                               /s/ Brooke Jackson

                              R. BROOKE JACKSON
                              UNITED STATES DISTRICT JUDGE

.